IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GARY SMITH,

    Plaintiff,

VS.                        NO. 04-2995-MaV

SPRINT, PCS,

    Defendant.

ORDER GRANTING MOTION FOR SHOW CAUSE ORDER
AND ORDER TO SHOW CAUSE

Before the court is defendant's October 13, 2005, motion for show cause order. On August 12, 2005, defendant filed a Motion to Dismiss, or in the Alternative for Summary Judgment. Plaintiff has failed to respond within the time allowed. For good cause shown, the motion for show cause order is granted.

Plaintiff is hereby ORDERED to show cause, within eleven (11) days of the entry of this order, why the defendant's motion to dismiss should not be granted. Failure to do so may result in the granting of defendant's motion to dismiss.

It is so ORDERED this 25th day of October, 2003.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02995 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Gary Smith
400 South Highland Street #829E
Memphis, TN 38111

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT